## PEOPLE v. DWYER.

### No. 9555; July 28, 1884.

#### 4 Pac. 451.

**Intoxicating Liquor—Authority of Board of Supervisors.**—Judgment reversed and cause remanded, on the authority of Ex parte Walters, 3 Pac. 894, holding that boards of supervisors have power to regulate the sale of spirituous liquors within their counties by imposing a license on the sale of such liquors at retail.[1]

APPEAL from the Superior Court of Sacramento County.

The facts in this case are the same as in Ex parte Walters, 3 Pac. 894.

Henry Edgerton and Matt. F. Johnson for appellant; A. L. Rhodes, E. J. Pringle and Milton E. Babb for respondent.

By the COURT.—On the authority of Ex parte Walters, 3 Pac. 894, judgment reversed and cause remanded.

---

[1] Cited and approved in In re Guerrero, 69 Cal. 94, 10 Pac. 266, holding that boards of supervisors may regulate the sale of liquors by imposing licenses upon retailers.